UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

William McGrane

          Plaintiff(s),

v.

Principal Life Insurance Company;
Principal Life Insurance Company Group
Policy No. GME P28521
          Defendant(s).
_____/

No. C 08-3783-JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 8, 2008

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")