UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM MCGRANE,

        Plaintiff(s),

    v.

PRINCIPAL LIFE INS CO., ET AL.,

        Defendant(s).

_____/

No. C-08-03783 JCS

NOTICE OF IMPENDING
REASSIGNMENT TO A UNITED
STATES DISTRICT COURT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District

Judge because either:

[X]  One or more of the parties has requested reassignment to a United States District Judge

or has not consented to the jurisdiction of a United States Magistrate Judge, or

[] One or more of the parties has sought a type of judicial action (e.g., a temporary

restraining order) that a United States Magistrate Judge may not take without the consent of all

parties, the necessary consents have not been secured, and time is of the essence.

ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE

SPERO ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE

JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED..

Dated:  August 8, 2008

Richard W. Wieking, Clerk
United States District Court

*Karen L. Hom*

By: Karen L. Hom
Deputy Clerk

cc: Intake

United States District Court

For the Northern District of California