**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**August 11, 2008**

**CASE NUMBER:  CV 08-03783 JCS**
**CASE TITLE:  WILLIAM MCGRANE-v-PRINCIPAL LIFE INS CO**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Charles R. Breyer** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/11/08

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies         Special Projects
Log Book Noted                        Entered in Computer 8/11/08 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel               Transferor CSA