1  ADRIENNE C. PUBLICOVER (SBN 161432)
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor
   San Francisco, California  94105
   Telephone:     (415) 433-0990
4  Facsimile:     (415) 434-1370

5  Attorneys for Defendants
   PRINCIPAL LIFE INSURANCE COMPANY;
6  PRINCIPAL LIFE INSURANCE COMPANY
   GROUP MEDICAL PREFERRED PROVIDER
7  ORGANIZATION (PPO) INSURANCE,
   GROUP POLICY NO. GME P28521.
8

9

10              **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12                 **SAN FRANCISCO DIVISION**

13

14  WILIAM McGRANE,                       )  Case No.:     CV08-03783 CRB
                                          )
15             Plaintiff,                 )  **STIPULATION EXTENDING TIME TO**
                                          )  **ANSWER OR OTHERWISE RESPOND TO**
16     vs.                                )  **COMPLAINT AND [PROPOSED] ORDER**
                                          )  **THEREON**
17  PRINCIPAL LIFE INSURANCE COMPANY;     )
    PRINCIPAL LIFE INSURANCE COMPANY      )  **[Civil L.R. 6-1]**
18  GROUP MEDICAL PREFERRED PROVIDER      )
    ORGANIZATION (PPO) INSURANCE,         )
19  GROUP POLICY NO. GME P28521,          )  Action Filed: August 7, 2008
                                          )
20             Defendants.                )
                                          )
21  _____)

22        **IT IS HEREBY STIPULATED**, pursuant to Local Rule 6-1, by and between plaintiff

23  William McGrane ("Plaintiff") and defendants Principal Life Insurance Company; Principal Life

24  Insurance Company Group Medical Preferred Provider Organization (PPO) Insurance, Group

25  Policy No. GME P28521 (collectively "Principal Life"), through their attorneys of record, as

26  follows:

27

28

1          1.      Plaintiff filed the above captioned action on August 7, 2008 and served Principal

2    Life via regular mail on August 11, 2008.

3          2.      Principal Life's responsive pleading to the Complaint currently is due on or about

4    August 31, 2008.

5          3.      The parties have agreed that Principal Life shall have an extension until and

6    including September 30, 2008 to answer or otherwise plead to the Complaint in this action.

7          4.      This stipulated date for Principal Life to answer or otherwise respond to the

8    Complaint will not alter the date of any event or deadline already fixed by Court order.

9          **IT IS SO STIPULATED.**

10   Date: August 28, 2008                    WILSON, ELSER, MOSKOWITZ,
                                               EDELMAN & DICKER LLP
11

12                                   By:   /s/ Adrienne C. Publicover
                                           ADRIENNE C. PUBLICOVER
13                                         Attorneys for Defendants
                                           PRINCIPAL LIFE INSURANCE COMPANY;
14                                         PRINCIPAL LIFE INSURANCE COMPANY
                                           GROUP MEDICAL PREFERRED PROVIDER
15                                         ORGANIZATION (PPO) INSURANCE,
                                           GROUP POLICY NO. GME P28521.
16

17   Date: August 27, 2008                    MCGRANE GREENFIELD LLP

18

19                                   By:
                                           CHRISTOPHER D. SULLIVAN
20                                         ANAND PATEL
                                           Attorneys for Plaintiff
21                                         WILIAM McGRANE

22

23                                         **ORDER**

24   **IT IS SO ORDERED.**

25   Date:_____        By:_____
26                                         HONORABLE CHARLES R. BREYER
                                           United States District Court Judge
27

28   **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
     AND [PROPOSED] ORDER THEREON**
     USDC NDCA Case No. CV08-03783 CRB
     514986.1

## CERTIFICATE OF SERVICE
*William McGrane v. Principal Life Insurance Company et al.*
*USDC NDCA Case # CV08-03783 CRB*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND [PROPOSED] ORDER THEREON**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Christopher Daniel Sullivan, Esq.
Email: csullivan@mcgranegreenfield.com
Anand Patel, Esq.
McGane Greenfield LLP
One Ferry Building, Suite 220
San Francisco , CA 94111
Tel:    (415) 283-1776
Fax:    (415) 283-1777
*Attorneys for Plaintiff William McGrane*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **August 28, 2008** at San Francisco, California.

_____
Nancy Li

---

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND [PROPOSED] ORDER THEREON**