1  ADRIENNE C. PUBLICOVER (SBN 161432)
   **WILSON, ELSER, MOSKOWITZ,**
2    **EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
3  San Francisco, California  94105
   Telephone:    (415) 433-0990
4  Facsimile:    (415) 434-1370

5  Attorneys for Defendants
   PRINCIPAL LIFE INSURANCE COMPANY;
6  PRINCIPAL LIFE INSURANCE COMPANY
   GROUP MEDICAL PREFERRED PROVIDER
7  ORGANIZATION (PPO) INSURANCE,
   GROUP POLICY NO. GME P28521.
8

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

| | |
|---|---|
| WILIAM McGRANE, | Case No.:   CV08-03783 CRB |
| Plaintiff, | **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND ~~[PROPOSED]~~ ORDER THEREON** |
| vs. | |
| PRINCIPAL LIFE INSURANCE COMPANY; PRINCIPAL LIFE INSURANCE COMPANY GROUP MEDICAL PREFERRED PROVIDER ORGANIZATION (PPO) INSURANCE, GROUP POLICY NO. GME P28521, | [Civil L.R. 6-1]   Action Filed: August 7, 2008 |
| Defendants. | |

   **IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between plaintiff William McGrane ("Plaintiff") and defendants Principal Life Insurance Company; Principal Life Insurance Company Group Medical Preferred Provider Organization (PPO) Insurance, Group Policy No. GME P28521 (collectively "Principal Life"), through their attorneys of record, as follows:

---

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND [PROPOSED] ORDER THEREON**
~~USDC NDCA Case No. CV08-03783 CRB~~
514986.1

1. Plaintiff filed the above captioned action on August 7, 2008 and served Principal Life via regular mail on August 11, 2008.

2. Principal Life's responsive pleading to the Complaint currently is due on or about August 31, 2008.

3. The parties have agreed that Principal Life shall have an extension until and including September 30, 2008 to answer or otherwise plead to the Complaint in this action.

4. This stipulated date for Principal Life to answer or otherwise respond to the Complaint will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

Date: August 28, 2008          WILSON, ELSER, MOSKOWITZ,
                                EDELMAN & DICKER LLP

                        By: /s/ Adrienne C. Publicover
                            ADRIENNE C. PUBLICOVER
                            Attorneys for Defendants
                            PRINCIPAL LIFE INSURANCE COMPANY;
                            PRINCIPAL LIFE INSURANCE COMPANY
                            GROUP MEDICAL PREFERRED PROVIDER
                            ORGANIZATION (PPO) INSURANCE,
                            GROUP POLICY NO. GME P28521.

Date: August 27, 2008          MCGRANE GREENFIELD LLP

                        By: _____
                            CHRISTOPHER D. SULLIVAN
                            ANAND PATEL
                            Attorneys for Plaintiff
                            WILIAM McGRANE

**ORDER**

IT IS SO ORDERED.

Date: August 28, 2008          By: _____
                                HONORABLE
                                United States

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court Northern District of California]*

STIPULATION EXTENDING TIME TO ANSWER OR OTHER
AND [PROPOSED] ORDER THE
USDC NDCA Case No. CV08-03783 CRB
514986.1