1  ADRIENNE C. PUBLICOVER (SBN 161432)
   **WILSON, ELSER, MOSKOWITZ,**
2    **EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
3  San Francisco, California  94105
   Telephone:     (415) 433-0990
4  Facsimile:     (415) 434-1370

5  Attorneys for Defendants
   PRINCIPAL LIFE INSURANCE COMPANY;
6  PRINCIPAL LIFE INSURANCE COMPANY
   GROUP MEDICAL PREFERRED PROVIDER
7  ORGANIZATION (PPO) INSURANCE,
   GROUP POLICY NO. GME P28521.
8

9

10                  **UNITED STATES DISTRICT COURT**

11                 **NORTHERN DISTRICT OF CALIFORNIA**

12                    **SAN FRANCISCO DIVISION**

13

14  WILIAM McGRANE,                        )   Case No.:    CV08-03783 CRB
                                           )
15                  Plaintiff,             )   **STIPULATION (SECOND) EXTENDING**
                                           )   **TIME TO ANSWER OR OTHERWISE**
16         vs.                             )   **RESPOND TO COMPLAINT AND**
                                           )   ~~**[PROPOSED]**~~ **ORDER THEREON**
17  PRINCIPAL LIFE INSURANCE COMPANY; )
    PRINCIPAL LIFE INSURANCE COMPANY )       **[Civil L.R. 6-1]**
18  GROUP MEDICAL PREFERRED PROVIDER )
    ORGANIZATION (PPO) INSURANCE,         )
19  GROUP POLICY NO. GME P28521,          )   Action Filed: August 7, 2008
                                           )
20                  Defendants.            )
                                           )
21  _____

22       **IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between plaintiff

23  William McGrane ("Plaintiff") and defendants Principal Life Insurance Company; Principal Life

24  Insurance Company Group Medical Preferred Provider Organization (PPO) Insurance, Group

25  Policy No. GME P28521 (collectively "Principal Life"), through their attorneys of record, as

26  follows:

27  _____

28       **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**
                        **AND [PROPOSED] ORDER THEREON**
    USDC NDCA Case No. CV08-03783 CRB
    514986.1

1       1.     Plaintiff filed the above captioned action on August 7, 2008 and served Principal

2 Life via regular mail on August 11, 2008.

3       2.     Principal Life's responsive pleading to the Complaint currently is due on or about

4 August 31, 2008. On August 28, 2008, the parties agreed to an extension until and including

5 September 30, 2008 to answer or otherwise plead to the Complaint in this action.

6       3.     The parties now agree that Principal Life shall have a further extension until and

7 including October 7, 2008 to answer or otherwise plead to the Complaint in this action.

8       4.     This stipulated date for Principal Life to answer or otherwise respond to the

9 Complaint will not alter the date of any event or deadline already fixed by Court order.

10      **IT IS SO STIPULATED.**

11 Date:    September 29, 2008          WILSON, ELSER, MOSKOWITZ,
                                               EDELMAN & DICKER LLP

12

13                            By:   /s/ Adrienne C. Publicover
                                    ADRIENNE C. PUBLICOVER

14                                   Attorneys for Defendants
                                  PRINCIPAL LIFE INSURANCE COMPANY;

15                                   PRINCIPAL LIFE INSURANCE COMPANY
                                  GROUP MEDICAL PREFERRED PROVIDER

16                                   ORGANIZATION (PPO) INSURANCE,
                                  GROUP POLICY NO. GME P28521.

17

18 Date:    September 29, 2008          MCGRANE GREENFIELD LLP

19                            By:

20                                   CHRISTOPHER D. SULLIVAN
                                  ANAND PATEL

21                                   Attorneys for Plaintiff
                                  WILIAM McGRANE

22

23                                    **ORDER**

24 **IT IS SO ORDERED.**

25 Date:  Oct. 01, 2008          By:

26                         HONORABLE
                        United States D

27

28     **STIPULATION EXTENDING TIME TO ANSWER OR OTHE
                    AND [PROPOSED] ORDER**
USDC NDCA Case No. CV08-03783 CRB
514986.1

*UNITED STATES DISTRICT COURT*
*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*NORTHERN DISTRICT OF CALIFORNIA*